IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SHAUN ROSIERE, | ) | CV 16-00260 HG-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION, AS MODIFIED (ECF NO. 4)**

Findings and Recommendation having been filed and served on all parties on June 1, 2016, and no objections having been filed by any party, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that the District Court Dismiss the Complaint Without Prejudice and Deny Plaintiff's Application to Proceed Without Prepaying Fees or Costs" are adopted as the opinion and order of this Court with the following modifications:

On Page 2, paragraph 2, line 6, replace "Garret R. Brown, Jr." with "Garrett E. Brown, Jr."

On Page 4, first full paragraph, lines 5 and 6, replace "<u>Spannaus v. U.S. Dep't of Justice</u>, 824 F.2d 52, 56" with "<u>Spannaus v. U.S. Dep't of Justice</u>, 824 F.2d 52, 56 (D.C. Cir. 1987)".

IT IS SO ORDERED.

Dated: June 20, 2016, Honolulu, Hawaii.

_____
Helen Gillmor
United States District Judge