# MINUTE ORDER

CASE NUMBER:     CV 16-00260 HG-RLP

CASE NAME:       Shaun Rosiere v. United States of America

ATTY FOR PLA:    *Pro Se*

---

JUDGE: Helen Gillmor

DATE: June 21, 2016

---

On June 1, 2016, the Magistrate Judge issued a FINDINGS AND RECOMMENDATION THAT THE DISTRICT COURT DISMISS THE COMPLAINT WITHOUT PREJUDICE AND DENY PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS.  (ECF No. 4).

The deadline for Plaintiff to file an objection to the Magistrate Judge's Findings and Recommendation was June 15, 2016. Fed. R. Civ. P. 72(b)(2).

On June 20, 2016, the Court filed an ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, AS MODIFIED. (ECF No. 5).

On June 20, 2016, the Court received "PLAINTIFF ROSIERE'S ANSWER TO DOC. 4" via First-Class Mail. (ECF No. 7).  The Court construes this filing as an objection to the Magistrate Judge's Findings and Recommendation (ECF No. 4).

Plaintiff's objection was filed five days after the June 15, 2016 deadline.  Plaintiff's objection is untimely.

The Court nonetheless reviews those portions of the Findings and Recommendation to which Plaintiff objects *de novo*.  28 U.S.C. § 636(b)(1).  The portions to which Plaintiff does not object are reviewed for clear error.  Stow v. Murashige, 288 F.Supp.2d 1122, 1127 (D. Haw. 2003).

Plaintiff's filings are difficult to understand.  In essence the filing only states the Court is without power to tell Plaintiff where to file his Complaint.  The filing does not add any new information that would change the Magistrate Judge's reasoning, as put forth in the Findings and Recommendation.

The Court's ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, AS MODIFIED (ECF No. 5) **REMAINS THE FINAL ORDER.**

The Clerk of Court is ordered to **CLOSE THE CASE.**

Submitted by: Theresa Lam, Courtroom Manager